UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

IN RE: }
SUTTON, ALFRED L., and SUTTON, SHERRY J. }   Case No. 11-80987
       *Debtor(s).* }   Chapter 7

**MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE
BY PUBLIC SALE, AND NOTICE OF PROPOSED SALE , FREE AND
CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**

COMES NOW Gerald R. Miller, Trustee, by and through his attorney, Gerald R. Miller, and for his Motion for Authority to Sell Property of the Estate by Public Sale, Free and Clear of all Liens, Claims, Encumbrances and Interests, and Notice of Proposed Sale, states as follows:

1. The Debtors' voluntary Chapter 7 petition was filed on July 8, 2011, in the Eastern District of Oklahoma.

2. The Trustee desires to sell all of the bankruptcy estate's right, title, and interest in and to the following described property, to wit:

> All of the interest of Debtors, Alfred and Sherry Sutton, in and to all of the oil, gas, and other minerals of every kind and character lying in, under and which may be produced from the following described premises situated in Wichita County, Texas, to wit:
>
> 158.53 acres, more or less out of the GC & SF Survey No. 2, A-758, beginning at the NE Corner of the GC & SF RR Co Survey, No 2, A-758 at a 2" pipe under fence; thence S along the fence and the E line of the GC & SF Survey No 2, S 1"7' W 2280 feet to a stake and pipe under fence, being the SE corner of this tract; thence N 88"38' W 2280' to the W boundry line of said GC & SF Survey No. 2, being in the center of the old Electra to Holliday Roads, thence N 17" 20' W along the centerline of said old road and the W line of said GC & SF of said old road 595 feet; thence N 17"36' W along the center line of said old Electra to Holliday Road and the most westerly west line of said GC & SF Survey No 2, 1516 feet to the NW corner of said GC & SF Survey No 2, same being the SW corner of the GC & SF Survey No 1; thence S 88"38' E 3675.5 feet along the N line of the GC & SF Survey No 2, and the S line of the GC & SF Sur No 1, to the place of beginning.
> (hereinafter the "Property.")

The Trustee proposes to sell said Property by public sale upon proper notice, free and clear of all liens, claims, encumbrances, and interests.

3. Dakil Auctioneers, Inc. was appointed auctioneer in this matter by the Court's order of August 30, 2011, and is prepared to sell the Property at public auction upon proper notice.

4. The Trustee desires to sell said Property at public auction at 10:00 a.m. on December 1, 2011, at 200 N.W. 114th Street, Oklahoma City, OK 73114, free and clear of all liens, claims, encumbrances, and interests of any party, and requests that the Court enter an Order authorizing him to do so.

5. Notice is hereby given to all interested parties that Gerald R. Miller, Trustee herein, pursuant to Bankruptcy Rules 2002 (a)(2) and 6004 (a)(e)(1), proposes to sell, other than in the ordinary course of business, the Property as herein described at public auction at 10:00 a.m. on December 1, 2011, at 200 N.W. 114th Street, Oklahoma City, OK 73114, free and clear of all liens, claims, encumbrances, and interests of any party.

WHEREFORE, the Trustee applies to the Court for an order approving the sale of the Property as herein described at public auction at 10:00 a.m. on December 1, 2011, at 200 N.W. 114th Street, Oklahoma City, OK 73114, free and clear of all liens, claims, encumbrances, and interests of any party. Notice of said proposed sale is hereby given to all interested parties.

       s/Gerald R. Miller
Gerald R. Miller, OBA #6205
112 N. 7th Street, P.O. Box 2667
Muskogee, OK 74402-2667
(918) 687-1347
Attorney for Trustee